# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FELIPE GARCIA MARTINS PEREIRA,

      Plaintiff,

v.                                                Case No:   6:25-cv-104-GAP-LHP

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and
UNITED STATES CUSTOMS AND
BORDER PROTECTION,

      Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion to Extend the Discovery Deadline and Modify the Summary Judgment Briefing Schedule. Doc. 30. Defendants oppose the Motion. Doc. 31.

In accordance with typical procedures in a Freedom of Information Act ("FOIA") case,[1] Plaintiff's Motion will be **GRANTED** as follows:

---

[1] *See Teo v. Internal Revenue Service*, No. 20-81351-MIDDLEBROOKS/Brannon, 2020 WL 13411912, *1-*2 (S.D. Fla. Oct. 26, 2020) ("Generally, when an agency's summary judgment motion is supported by affidavits substantiating that it adequately searched for and produced responsive documents, no discovery is necessary in a FOIA action. However, in the event that discovery is needed, such requests should not be submitted until there is a pending motion for

1. The Case Management and Scheduling Order at Doc. 21 is hereby **VACATED**;

2. Defendants' Motion for Summary Judgment with attached affidavits is due as currently scheduled **on or before August 29, 2025**;

    a. Thereafter, Plaintiff may engage in appropriate discovery until **November 10, 2025**;

3. Plaintiff's Response to Defendants' Motion for Summary Judgment is due **on or before December 5, 2025**;

4. Defendants' Reply is due **on or before December 19, 2025**.

The Court **reserves ruling** on Plaintiff's Motion for Leave to File a Cross Motion for Summary Judgment.

**DONE** and **ORDERED** in Orlando, Florida on August 6, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

summary judgment.") (citing *Miscavige v. I.R.S.*, 2 F.3d 366, 369 (11th Cir. 1993)).

- 3 -

Copies furnished to:

Counsel of Record
Unrepresented Parties